# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Luis COTA<br>DOB: 1976; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-05700MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 16, 2021, in the District of Arizona, Luis Cota knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: two Busst collapsible AR15 rifle butt stocks, two collapsible T6 AR15 rifle butt stocks, fourteen Korean 7.62x39mm caliber rifle magazines, fifty Korean .223/5.56mm caliber rifle magazines, four DPMS AR15 rifle handguards, four AR15 aluminum rifle handguards, twenty 9mm pistol magazines, four AR15 rifle carry handles, four AR15 charging handles, five AR15 rifle gas tubes, four Creedra deharing assemblies, and one armorer tool; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 16, 2021, Luis Cota was the driver and sole occupant of a vehicle attempting to exit the United States and enter the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. Cota was referred for outbound inspection by Customs and Border Protection (CBP) officers. During the vehicle inspection, CBP officers discovered one duffle bag and one pillowcase concealed inside the engine compartment. The duffle bag and pillowcase contained various firearms components and magazines, specifically two Busst collapsible AR15 rifle butt stocks, two collapsible T6 AR15 rifle butt stocks, fourteen Korean 7.62x39mm caliber rifle magazines, fifty Korean .223/5.56mm caliber rifle magazines, four DPMS AR15 rifle handguards, four AR15 aluminum rifle handguards, twenty 9mm pistol magazines, four AR15 rifle carry handles, four AR15 charging handles, five AR15 rifle gas tubes, four Creedra deharing assemblies, and one armorer tool. After waiving his Miranda rights, Cota admitted to meeting a female individual in Nogales, Arizona, who provided the firearms components and magazines to him. Cota then concealed the items under the hood of his vehicle. Cota was being paid $200 by a known firearms trafficker to receive and transport the items into the Republic of Mexico. Cota stated that he knew that the items were firearms components, and that neither he nor any other individual involved in the smuggling offense had a license or any other lawful authority to export the items from the United States into the Republic of Mexico. All of the firearms components and magazines are included on the United States Commerce Control List and require a valid license to export from the United States to the Republic of Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>**ANGELA WOOLRIDGE** *Digitally signed by ANGELA WOOLRIDGE Date: 2021.03.17 10:48:16 -07'00'*<br>AUTHORIZED AUSA *Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br>**JOSE A HUERTA** *Digitally signed by JOSE A HUERTA Date: 2021.03.17 10:54:21 -07'00'*<br>OFFICIAL TITLE<br>HSI Special Agent Jose Huerta |
|---|---|
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Lynnette C. Kimmins* | DATE<br>March 17, 2021 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54